United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

QINGXIANG WANG,

Plaintiff,

v.

CHUN GUO, et al.,

Defendants.

Case No. 25-cv-03059-VKD

**ORDER TO SHOW CAUSE RE SETTLEMENT**

Re: Dkt. No. 33

The parties advise that they have settled this matter. Dkt. No. 33. Accordingly, all pending deadlines and appearances are vacated. On or before **April 10, 2026**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **April 21, 2026 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). In advance of the show cause hearing, the parties shall file a statement no later than **April 14, 2026** advising as to (1) the status of their efforts to resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal. The parties' status report shall not disclose the substance of any settlement discussions. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: March 6, 2026



Virginia K. DeMarchi
United States Magistrate Judge